# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| FRANCIS T. KHOUNG | § |
| | § Civil Action No. 4:20-CV-184 |
| v. | § (Judge Mazzant/Judge Nowak) |
| | § |
| WILMINGTON SAVINGS SOCIETY, FSB | § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 22, 2020, the report of the Magistrate Judge (Dkt. #19) was entered containing proposed findings of fact and recommendations that Defendant Wilmington Savings Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust's Motion for Summary Judgment (Dkt. #16) be granted, and Plaintiff's suit, including specifically all claims for declaratory relief, be dismissed with prejudice.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendant Wilmington Savings Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust's Motion for Summary Judgment (Dkt. #16) is hereby **GRANTED** and Plaintiff's suit is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

**SIGNED this 7th day of August, 2020.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE